**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY HAWES, | No. C 11-4361 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff, a California prisoner proceeding pro se, has filed a civil rights complaint under 42 U.S.C. 1983. He seeks to be released from custody based upon his claim that defendant forced medication upon him during his trial. Such a form of relief may only be obtained in federal court by way of a petition for a writ of habeas corpus under 28 U.S.C. 2254, not a civil rights complaint under 42 U.S.C. 1983. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011) (habeas is the "exclusive remedy" for the prisoner who seeks "immediate or speedier release" from confinement); *see Docken v. Chase*, 393 F.3d 1024, 1026 (9th Cir. 2004) (challenges implicating the fact or duration of confinement must be brought in a habeas petition). Consequently, the instant action is **DISMISSED** without prejudice to filing a petition for a writ of habeas corpus.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September ___28___, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\HAWES4361.DSM.wpd